IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| CHARLES CLAY WILSON | § | |
| VS. | § | CIVIL ACTION NO.   5:06-CV-75 |
| DIRECTOR, TDCJ-CID | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable David Folsom, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED** with prejudice.  All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 3rd day of July, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE